# EXHIBIT E



Page 1
Beet Root Powder | SuperBeets® | Humann
https://humann.com/products/superbeets-superfood

**humann®**

Professional Site    Search    Account    Cart

Shop Best Sellers    Shop by Health Benefit    Our Story    Shop All

**Limited Time Only** Chocolate Heart Chews Shop Now

New look.
Same **SuperBeets®**

### SuperBeets®
# Heart Powder

★★★★ 4.2 (3299)

Unlock the Nitric Oxide boosting benefits of beets for heart healthy energy and healthy blood pressure support. Clinically-studied and formulated with advanced, patented technology that's more effective and efficient at generating Nitric Oxide than other standard beetroot supplements.

New look, same SuperBeets formula. Packaging updated in 2026.

**Choose your subscription:**
Automatically charged at the frequency below.

| ○ **1 Month Supply** | ~~$39.95~~ **$35.96** |
| Subscribe & Save 10% | ($35.96/mo) |

| ○ **3 Month Supply** | ~~$119.85~~ **$71.91** |
| Subscribe & Save 40% | ($23.97/mo) |

| ○ **One-Time Purchase** | **$39.95** |
| Try before you Subscribe | plus S&H |

🚚 **FREE** Shipping on every Subscription delivery        ↻ Adjust or cancel anytime via your online account

ADD SUBSCRIPTION

HSA/FSA eligible ⓘ Learn more

**Benefits** —
- Supports healthy blood pressure
- Supports healthy blood flow + circulation
- Supports heart-healthy energy
- Supports Nitric Oxide production

**Ingredients** +

**How to Use** +

**The Science** +

**Free of** +

SuperBeets® Heart Powder

♥ SUPPORTS HEALTHY BLOOD PRESSURE

↻ SUPPORTS HEALTHY BLOOD FLOW + CIRCULATION

🔥 SUPPORTS HEART-HEALTHY ENERGY

∞ SUPPORTS NITRIC OXIDE PRODUCTION

These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure or prevent any disease.

ONE    A    DAY

Take one scoop daily in 4-6 oz of water, juice, or smoothie.

SUPERBEETS® HEART POWDER

**Nutrition Facts**
30 servings per container
Serving size 1 Teaspoon (5 g)

Amount Per Serving
**Calories** 40

% Daily Value*

| Total Fat 0 g | 0% |
| Trans Fat 0 g | |
| Sodium 65 g | 3% |
| Total Carbohydrate 4 g | 1% |
| Total Sugars 0 g | |
| Includes 0 g Added Sugars | 0% |
| Protein 1 g | 2% |
| Potassium 160 mg | 3% |
| Vitamin C 50 mg | 56% |
| Magnesium 10 mg | 4% |
| Manganese 0.14 mg | 6% |

*The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

**Other Ingredients:** Non-GMO Beetroot Powder, Non-GMO Beetroot Powder (fermented), Natural Black Cherry Flavor, Malic Acid, Magnesium Ascorbate, and Rebaudioside A (from Stevia rebaudiana leaf).

PLANT BASED    GLUTEN FREE    NON GMO

## Customers Who Bought This Item Also Bought

‹  ›



**Cholesterol Health Daily**
from **$34.99**

**Metabolic Health Daily**
from **$34.99**

★★★★ 4.2 (1107)
**Memory + Focus Chews**
from **$25.78**

★★★★ 4.3 (1253)
**Turmeric Chews**
from **$20.62**

★★★★ 4.4 (7122)
**SuperBeets® Heart Chews**
from **$23.97**

★★★★ 4.2 (3299)
**SuperBeets® Heart**
from **$23.97**

Captured by FireShot Pro: 17 February 2026, 10:01:21
https://getfireshot.com

 #1 Cardiologist recommended beet brand for heart health support*

# SuperBeets. Super benefits.



**Healthy blood pressure support**



**Heart healthy energy support**



**Circulation & blood flow support**



**Supports nitric oxide production**

## Clinically-researched, plant-based ingredients.

We use the top evidence-backed, plant-based ingredients at corresponding clinically-researched doses to support your cardiovascular health.

**Non-GMO Beetroot**

High-quality, non-GMO beets cultivated by a collective of farmers in the United States.



## Groundbreaking Nitric Oxide Science. Fueling your every day.



**1 BLOOD VESSEL**

Your Nitric Oxide levels decline with age which can impact how your blood vessels function, and in turn limit the circulation of vital nutrients and oxygen throughout your body.



**2 THE NITRIC OXIDE EFFECT**

Nitric Oxide helps widen your blood vessels to support healthy blood pressure and promote the circulation of vital oxygen and nutrients to the cells in your body.



**3 HEALTHY BLOOD VESSEL**

More oxygen and nutrients means more heart healthy energy support. So you can do more and be more, every day.



## Frequently asked questions.

| | |
|---|---|
| Where can I find SuperBeets® near me? | + |
| Where are the beets grown? | + |
| What's the best way to take SuperBeets® Heart Powder? How many scoops can I take in a day? | + |
| Why does my urine look pinkish after using SuperBeets®? Is this normal? | + |
| Do I get the same benefits from drinking regular beetroot juice or eating fresh beetroot? | + |
| Are SuperBeets® Heart Powder and SuperBeets® Heart Chews the same? | + |
| What can I expect to feel when taking SuperBeets® Heart Powder? | + |
| What makes SuperBeets® Heart Powder better than other beetroot powder supplements? | + |
| What are the benefits of SuperBeets® Heart Powder? | + |
| Is SuperBeets® Heart Powder vegan? | + |
| What is the quantified inorganic nitrate in SuperBeets® Heart Powder? | + |
| Why does Humann packaging look different? | + |
| Did the product change? | + |

**SHOP NOW**



★★★★  4.2 | 3299 Reviews
64 out of 76 (84%) reviewers recommend this product

Search topics and reviews 🔍

## Reviews

Write a review

### Rating Snapshot
Select a row below to filter reviews.

| | |
|---|---|
| 5★ | 2114 |
| 4★ | 452 |
| 3★ | 331 |
| 2★ | 156 |
| 1★ | 246 |

### Average Customer Ratings

| | | |
|---|---|---|
| Overall | ★★★★ | 4.2 |
| Quality of Product | | 4.4 |
| Value of Product | | 4.1 |

1–8 of 3299 Reviews          Sort by: Highest to Lowest Rating ▾ ≡

**Larry**
Knoxville Tennessee
Reviews 2
Vote 1
Age **65 or over**
Gender **Male**

★★★★★ · a month ago

**Good stuff.**

I use everyday.I feel like it's helping my 72 year old body stay energized.

**Recommends this product** ✓ Yes

Helpful?   Yes · 1    No · 0    Report

Quality of Product

Captured by FireShot Pro: 17 February 2026, 10:01:21
https://getfireshot.com

Page 4
Beet Root Powder | SuperBeets® | Humann
https://humann.com/products/superbeets-superfood

**MFAB**
Northern, New Jersey
Reviews **2**
Vote **1**
Age **65 or over**
Gender **Male**

★★★★★ · 2 months ago

**Energy Maker**

Super beets gives me notable energy to do things and to push myself harder.

Recommends this product ✓ Yes

Quality of Product

Value of Product

Helpful?    Yes · 1    No · 1    Report

---

**Bobby C**
Spring, TX
Review **1**
Vote **1**
Age **65 or over**
Gender **Male**

★★★★★ · 2 months ago

**Love our SuperBeets Heart Powder!**

My wife and I both have been using SuperBeets Heart Powder for years. We have in the past been taking it once a day, but recently were able to increase it to twice per day. We enjoyed the benefits of once a day, but now twice per day has significantly improved our overall health and activity levels. We love our daily SuperBeets and don't miss it even when traveling.

Quality of Product

Value of Product

Recommends this product ✓ Yes
Helpful?    Yes · 1    No · 0    Report

---

**Bignosekate**
Los Angeles
Review **1**
Votes **0**
Age **65 or over**
Gender **Female**

★★★★★ · 2 months ago

**I definitely feel a difference..**

I can honestly say.. I absolutely feel a difference in my body .. daily energy.. even my sleep since taking my daily beet powder! I had open heart surgery two years ago .. I asked my doctors if I was able to do the beets they all said yes! Thank you for this clean .. simple product.. that is actually making a difference for many of us!

Quality of Product

Value of Product

Recommends this product ✓ Yes
Helpful?    Yes · 0    No · 0    Report

---

**J Bowen**
North Carolina
Review **1**
Vote **1**
Age **65 or over**
Gender **Female**

★★★★★ · 2 months ago

**Black Cherry Flovered Super Beets Powder.**

I have been using this product for over a decade and could not be more pleased with it.
I take it as part of my morning routine and it tastes great!
It took years to convince my husband to take it and now he does and is also happy with the results!
Give it a try, I don't think you'll be disappointed.
Lack of energy is a thing of the past!

Quality of Product

Value of Product

Recommends this product ✓ Yes
Helpful?    Yes · 1    No · 0    Report

---

**Dale H**
Mesa AZ
Review **1**
Vote **1**
Age **55 to 64**
Gender **Male**

★★★★★ · 2 months ago

**Super beets powder**

Been using Super beets for several years. Very happy with the product.

Recommends this product ✓ Yes

Quality of Product

Value of Product

Helpful?    Yes · 1    No · 0    Report

---

**Patrick J**
Colorado
Review **1**
Votes **0**
Age **65 or over**
Gender **Male**

★★★★★ · 2 months ago

**Improve Endurance**

I can walk with stamina, feel empowered, my heart says thank you.

Recommends this product ✓ Yes
Helpful?    Yes · 0    No · 0    Report

Quality of Product

---

**Anonymous**
Commufornia
Review **1**
Votes **0**
Age **65 or over**
Gender **Male**

★★★★★ · 2 months ago

**Health**

Seems to give me the energy I need and has nitric oxide to improve cardiovascular health.

Recommends this product ✓ Yes

Quality of Product

Value of Product

Helpful?    Yes · 0    No · 0    Report

---

1–8 of 3299 Reviews    ◄  ►

Captured by FireShot Pro: 17 February 2026, 10:01:21
https://getfireshot.com



## Discover more heart health support.

**LIMITED EDITION**

**SuperBeets® Heart Chews Chocolate Flavor**

from **$23.97**

**BEST SELLER** / NEW LOOK

4.4 (7122)

**SuperBeets® Heart Chews**

from **$23.97**

**NEW**

**Cholesterol Health Daily**

from **$27.00**

**BEST SELLER**

4.2 (3299)

**SuperBeets® Heart Powder**

from **$23.97**

**BEST SELLER**

4.5 (473)

**SPORT Pre-Workout Powder**

from **$30.56**

**BEST SELLER**

4.3 (65)

**SuperBerine™**

from **$25.78**

---

These statements have not been evaluated by the Food & Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

As with any supplement, you should seek the advice of your physician before taking.

1 In a 16-week, double-blind, placebo-controlled study involving 119 healthy men and women, SuperBeets Chews' polyphenol compound, taken as part of a healthy lifestyle was clinically shown nearly 2-times as effective at promoting normal blood pressure already in the normal range as healthy lifestyle alone.

2 Based on the combination of all sales data for medical practitioners and professionals for humann products sold through pro.humann.com and medical sales distributor partners from 12/1/23 to 11/30/2024.

* According to IQVIA ProVoice Surveys 2025.

## Your cardiovascular routine starts here.

Signup for our latest offers and promotions

Enter your email    **Sign up**

### Learn

Home

Our Story

Blog

Careers

Research Proposals

Sitemap

### Support

2026 Packaging Redesign

FAQs

Truemed HSA/FSA

Contact Us

Subscription Program

Shipping & Returns

Accessibility

User Generated Content

Store Locator

Brand Ambassador Program

### Shop Products

SuperBeets® Heart Chews

SuperBeets® Heart Powder

SPORT Pre-Workout Powder

Cardiovascular Health Daily

Cholesterol Health Daily

Metabolic Health Daily

Neo40®

Shop All

Chat Now    Accessibility

**Medical Professionals**
Practitioner sign-up and resources

Terms & Conditions    Privacy Policy    Reseller Policy

Copyright 2026 | humann

Captured by FireShot Pro: 17 February 2026, 10:01:21
https://getfireshot.com

Page 1
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He
https://tryrosabella.com/products/rosabella-organic-beetroot-capsules-1300mg-for-blood-flow-heart-health?variant=4671510416143&country=US&currency=USD&utm_medium=product_sync&utm_source=google&utm_co...





## Why Choose Beetroot Supplements?

**🥬 Traditional Superfood Nutrition**

Beetroot has been valued for centuries as a nutritious whole food, naturally rich in various plant compounds and traditionally used in healthy diets worldwide.

**🍪 Convenient Daily Format**

Our easy-to-take capsules provide 1300mg of organic beetroot powder per serving, eliminating the need for messy powders or time-consuming juicing.

**. 🌱 Pure, Organic Ingredients**

Made with organically grown beetroot, free from artificial additives, fillers, and synthetic ingredients. Third-party tested for purity and quality.

**🏃 Popular with Active People**

Many fitness enthusiasts and health-conscious individuals choose beetroot supplements as part of their daily nutrition routine.

**🏷️ Quality You Can Trust**

Manufactured in certified facilities following strict quality standards, with each batch tested to ensure consistency and purity.

**⭐ Simple Addition to Your Routine**

Fits seamlessly into any wellness regimen, whether you're focused on general health, active lifestyle support, or simply adding more plant nutrition to your diet.

Page 2
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He
https://tryrosabella.com/products/rosabella-organic-beetroot-capsules-1300mg-for-blood-flow-heart-health?variant=46715104166143&country=US&currency=USD&utm_medium=product_sync&utm_source=google&utm_co...

## ORGANIC BEETROOT FOR DAILY WELLNESS

High-quality organic beetroot powder in convenient capsule form. A natural way to add this traditional superfood to your daily nutrition.



### WHY CHOOSE ROSABELLA BEETROOT?

When choosing a beetroot supplement, there are many options available on the market. At Rosabella, we believe in transparency and quality above all else. That's why we've dedicated ourselves to creating a beetroot supplement that focuses on purity, potency, and ethical sourcing. Our commitment goes beyond just providing beetroot powder - we ensure every step of our process meets the highest standards.

**Rosabella Organic Beet Root**

✓ 1300mg pure organic beetroot per serving

✓ Naturally occurring nitrates from whole beetroot

✓ Third-party lab tested for purity

✓ Free from allergens and gluten

✓ GMP-certified manufacturing

✓ Naturally occurring nitrates for optimal absorption

**Other Supplements**

✗ Lower potency or synthetic ingredients

✗ Artificial additives and fillers

✗ Questionable sourcing and quality

✗ May contain allergens or contaminants

✗ Often more expensive with less transparency

**TRY IT RISK FREE →**

100% Money Back Guarantee



### Try It for 90 Days, Risk-Free! If You're Not Satisfied, You Don't Pay

Think of it as a 90-day trial. You have 3 months to try Rosabella Organic Beet Root Capsules and decide if you're happy with the quality and experience. If you're not completely satisfied for ANY reason, you are not happy with your purchase, or you feel like there are better options out there - just give us a call or send us an email, and you'll get your money back that same day, no questions asked. It doesn't matter if it's 89 minutes or 89 days after the purchase, we will make sure that you only pay if you are 100% satisfied with the product. And the best part? Our team is so easy to access. You can email us at help@tryrosabella.com. Our customer service team will respond within minutes - 24/7. No matter when you email them, they're available to help. Fair enough? Give Rosabella Organic Beet Root Capsules a try today, completely risk-free!

**TRY IT RISK FREE →**

100% Money Back Guarantee

## Frequently Asked Questions

| Can I buy Rosabella Organic Beet Root Capsules in stores? | > |
| Can I buy Rosabella Organic Beet Root Capsules in stores? | > |
| What ingredients are in Rosabella Organic Beet Root Capsules? | > |
| Is Rosabella Organic Beet Root safe to take with my current medications? | > |
| How should I store Rosabella Organic Beet Root Capsules? | > |
| What is Rosabella Beetroot intended for? | > |
| How should I use Rosabella Beetroot? | > |
| How often should I take the supplement? | > |
| How many servings are in each container? | > |
| Are there any age or health restrictions? | > |
| What if the supplement doesn't work for me? | > |

Captured by FireShot Pro: 17 February 2026, 09:56:32
https://getfireshot.com

Page 3
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He
https://tryrosabella.com/products/rosabella-organic-beetroot-capsules-1300mg-for-blood-flow-heart-health?variant=46715104166143&country=US&currency=USD&utm_medium=product_sync&utm_source=google&utm_co...



**TRY IT RISK FREE →**

100% Money Back Guarantee

https://getfireshot.com

**SUPPORT**

Search
Contact Us
Privacy Policy
Terms of Service
Refund Policy
Manage Subscription
Do Not Sell or Share My Personal Information

**SIGN UP AND SAVE**

Subscribe to get special offers, free giveaways,
and once-in-a-lifetime deals.

Email →

♡ Follow on shop

Country/region

United States | USD $ ⌄

© 2026, Rosabella

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to
diagnose, treat, cure, or prevent any disease. The views and nutritional advice expressed by Liminal Supplements are
not intended for the purpose of providing medical advice. Please always consult your health care provider if you are
taking any medications or have any medical conditions. Individual results may vary.

Captured by FireShot Pro: 17 February 2026, 09:56:32
https://getfireshot.com



TikTok Shop

Orders
Sell
More

**Log in**

Shop
Sell
About
Customer support
Legal
© 2026 TikTok

🔍 Women's clothes                    Search    🎟 Coupon Center    📱 Get app    Log in

TikTok Shop  ›  Health  ›  Nutrition & Wellness  ›  Vitamins, Minerals & Wellness ...  ›  Rosabella Organic Beetroot 1...

**-50%** **$25**.99 $51.98

🚚 $5.98 shipping on this order

Rosabella Organic Beetroot 1300 mg 3-Pack Daily Cardiovascular & Circulation Support Superfood Heart Wellness Natural Formula

Sold by Easy Greenww

3 sold

**Specification:** Default

Default

**Quantity:**       −   1   +

**Buy now**

Coupon center  ›

Log in to check your coupons
View and claim any available offers once you're logged in.    **Login**

**Shipping & returns**

🚚 **Shipping & delivery**  ›
Many items qualify for free shipping or become eligible once the order threshold is met.

🛡 **Returns made easy**  ›
Most items are eligible for **free returns within 30 days of delivery** for a refund. Some items, including ingestibles, hygiene products, and pre-owned goods, are non-returnable. Final sale items cannot be returned or replaced.

**TikTok Shop protections**  ›
🔒 Secure payments      🚚 Delivery guarantee

## About this product

**Details**                                                    ⌄

| | |
|---|---|
| Dangerous Goods Or Hazardous Materials | No |
| Dietary Supplement Disclaimer | Yes |
| Age Group | Youth |
| Manufacturer | Rosabella |
| Age Warning | Yes |
| Ingredients | Rosabella |

View more

**Product description**                                        ⌄

🌿 Rosabella Organic Beetroot 1300 mg | 3-Pack
Discover Rosabella Organic Beetroot, a 1300 mg daily supplement. This 3-pack ensures you get consistent support for cardiovascular and circulation. Perfect for heart wellness, it's a natural formula. 🌼
Key Benefits:
·Daily Support: Enhances cardiovascular and circulation health.
·Superfood: A natural formula for heart wellness.
·3-Pack: Provides ample supply for daily use.
Usage:
Simply add Rosabella Organic Beetroot to your daily routine. It's designed to support your heart health naturally. Ideal for those seeking daily cardiovascular support. 🌿
Product Details:
·Amount: 1300 mg per serving.
·Packaging: 3-pack for convenience.
·Type: Organic beetroot supplement.

## TikTok Shop

- Orders
- Sell
- ⋯ More

**Log in**

Shop
Sell
About
Customer support
Legal

© 2026 TikTok

Women's clothes     **Search**     ▦ Coupon Center     ☐ Get app     **Log in**

TikTok Shop › Health › Nutrition & Wellness › Vitamins, Minerals & Wellness ... › Rosabella Organic Beetroot 1...





**-50%** **$29**.49 ~~$58.98~~

🚚 $4.22 shipping on this order

Rosabella Organic Beetroot 1300 mg Capsules 3-Pack | Natural Superfood for Daily Wellness & Nutrition Support | Clean & Non-GMO Supplement

Sold by DANIEL TERRELL YOUNG1

2 sold

**Specification:** Default

Default

**Quantity:**     −  1  +

**Buy now**

**Coupon center** ›

Log in to check your coupons
View and claim any available offers once you're logged in.     **Login**

**Shipping & returns**

🚚 **Shipping & delivery** ›
Many items qualify for free shipping or become eligible once the order threshold is met.

🛡 **Returns made easy** ›
Most items are eligible for **free returns within 30 days of delivery** for a refund. Some items, including ingestibles, hygiene products, and pre-owned goods, are non-returnable. Final sale items cannot be returned or replaced.

**TikTok Shop protections** ›
⊘ Secure payments     ⊟ Delivery guarantee

### About this product

**Details** ⌃

| | |
|---|---|
| Dangerous Goods Or Hazardous Materials | No |
| Dietary Supplement Disclaimer | Yes |
| Age Group | Youth |
| Manufacturer | Rosabella |
| Age Warning | No |
| Ingredients | Rosabella |

View more

### Product description ⌃

Rosabella Organic Beetroot Capsules

✨ Rosabella Organic Beetroot 1300 mg Capsules 3-Pack | Natural Superfood for Daily Wellness & Nutrition Support | Clean & Non-GMO Supplement

Key Features

-Organic Beetroot: Each capsule contains 1300 mg of organic beetroot. 🍠

-Non-GMO: Ensures a clean and pure supplement. 🌿

-2-Pack: Provides a convenient supply for daily use. 📦

-Natural Superfood: Supports daily wellness and nutrition. 🌟

Ideal for

-Individuals seeking natural supplements. 🌿

-Those needing wellness and nutrition support. 🌟

-Anyone interested in clean and non-GMO products. 🌍

Product Details

Rosabella Organic Beetroot 1300 mg Capsules are a natural superfood designed for daily wellness and nutrition support. Each pack contains 2

**View more**

### Shop review



Cutler Nutrition Carnitine Liquid 3000 Watermelon Flavor | Energy Sport Beverage Drink |...
5.0 ★★★★★ 7 sold
$**23**.99
🟢 Good

### Explore more from DANIEL TERRELL YOUNG1



PRSPR Wellness Fermented Beet & Maca 60 Vegan Capsules Organic Supplement...
$**22**.99

Rosabella Organic Beetroot 1300 mg Capsules 2-Pack | Natural Superfood for Daily ...
**-50%** $**19**.99 ~~$39.98~~

Cutler Nutrition Carnitine Liquid 3000 Watermelon Flavor | Energy Sport Beverage Drink |...
5.0 ★★★★★ 7 sold
$**23**.99

Cutler Nutrition Carnitine Liquid 3000 3-Pack Multi-Flavor Energy Sport Beverage Drink...
$**46**.99

### People also searched for

Shimmery ghost     double chocolate donuts     paper flower hibiscus     little diddy blanket     hawiian scence shirt

Captured by FireShot Pro: 17 February 2026, 03:21:39 PM
https://getfireshot.com