# EXHIBIT G

Page 1
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He
https://tryrosabella.com/products/rosabella-organic-beetroot-capsules-1300mg-for-blood-flow-heart-health?variant=46715104166143&country=U...



Captured by FireShot Pro: 17 February 2026, 13:11:40
https://getfireshot.com

**90-DAY 100% MONEYBACK GUARANTEE**

😊 **Rosabella**     Shop Rosabella     Manage Subscription     FAQ     🔍 🛍️



★★★★½ (4,061)

## Rosabella Beetroot Capsules

*"I've only started useing this product less than a week, honestly it has given me more energy and I feel more alert. Before taking this product I noticed I was feeling tired and not motivated at all, so I have to give it a great rating 5 stars. I reccomend it" – Isaac N., United States*

~~$79.90~~ **$71.91**  SAVE 9%

**CHOOSE YOUR PACK**

| ○ | **30-Day Supply** Save $3.99 | **$35.96** |
| | 1 Bottle | ~~$39.95~~ |

MOST POPULAR

| ⦿ | **60-Day Supply** Save $7.99 | **$71.91** |
| | 2 Bottles | ~~$79.90~~ |
| | Includes **FREE** Shipping | |

BEST DEAL

| ○ | **90-Day Supply** Save $11.98 | **$107.86** |
| | 3 Bottles | ~~$119.85~~ |
| | Includes **FREE** Shipping | |

☑ **Save More with Automatic Refills!**
Zero commitment, Cancel Anytime

Value: $79.90     You pay: $71.91     Save $7.99

**ADD TO CART**

DESCRIPTION  ❯

INGREDIENTS  ❯

SHIPPING AND GUARANTEE  ❯

Free Shipping On Orders $50+     Fast 3-5 Day US Delivery     100% Moneyback Guarantee

## Why Choose Beetroot Supplements?



- ✔ Boosts Circulation and Heart Health
- ✔ Enhances Energy and Stamina
- ✔ Supports Cognitive Function
- ✔ Reduces Inflammation
- ✔ Aids Detoxification
- ✔ Provides Antioxidant Protection

**Pure Beet Power**

🥬 **Traditional Superfood Nutrition**
Beetroot has been valued for centuries as a nutritious whole food, naturally rich in various plant compounds and traditionally used in healthy diets worldwide.

💊 **Convenient Daily Format**
Our easy-to-take capsules provide 1300mg of organic beetroot powder per serving, eliminating the need for messy powders or time-consuming juicing.

🌱 **Pure, Organic Ingredients**
Made with organically grown beetroot, free from artificial additives, fillers, and synthetic ingredients. Third-party tested for purity and quality.

🏃 **Popular with Active People**
Many fitness enthusiasts and health-conscious individuals choose beetroot supplements as part of their daily nutrition routine.

🧪 **Quality You Can Trust**
Manufactured in certified facilities following strict quality standards, with each batch tested to ensure consistency and purity.

⭐ **Simple Addition to Your Routine**
Fits seamlessly into any wellness regimen, whether you're focused on general health, active lifestyle support, or simply adding more plant nutrition to your diet.

Page 2
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He
https://tryrosabella.com/products/rosabella-organic-beetroot-capsules-1300mg-for-blood-flow-heart-health?variant=46715104166143&country=US&currency=USD&utm_medium=product_sync&utm_source=google&utm_co...

## ORGANIC BEETROOT FOR DAILY WELLNESS

High-quality organic beetroot powder in convenient capsule form. A natural way to add this traditional superfood to your daily nutrition.



## WHY CHOOSE ROSABELLA BEETROOT?

When choosing a beetroot supplement, there are many options available on the market. At Rosabella, we believe in transparency and quality above all else. That's why we've dedicated ourselves to creating a beetroot supplement that focuses on purity, potency, and ethical sourcing. Our commitment goes beyond just providing beetroot powder - we ensure every step of our process meets the highest standards.

| Rosabella Organic Beet Root | Other Supplements |
|---|---|
| ✓ 1300mg pure organic beetroot per serving | ✗ Lower potency or synthetic ingredients |
| ✓ Naturally occurring nitrates from whole beetroot | ✗ Artificial additives and fillers |
| ✓ Third-party lab tested for purity | ✗ Questionable sourcing and quality |
| ✓ Free from allergens and gluten | ✗ May contain allergens or contaminants |
| ✓GMP-certified manufacturing | ✗ Often more expensive with less transparency |
| ✓ Naturally occurring nitrates for optimal absorption | |

**TRY IT RISK FREE →**

100% Money Back Guarantee



### Try It for 90 Days, Risk-Free! If You're Not Satisfied, You Don't Pay

Think of it as a 90-day trial. You have 3 months to try Rosabella Organic Beet Root Capsules and decide if you're happy with the quality and experience. If you're not completely satisfied for ANY reason, you are not happy with your purchase, or you feel like there are better options out there - just give us a call or send us an email, and you'll get your money back that same day, no questions asked. It doesn't matter if it's 89 minutes or 89 days after the purchase, we will make sure that you only pay if you are 100% satisfied with the product. And the best part? Our team is so easy to access. You can email us at help@tryrosabella.com. Our customer service team will respond within minutes - 24/7. No matter when you email them, they're available to help. Fair enough? Give Rosabella Organic Beet Root Capsules a try today, completely risk-free!

**TRY IT RISK FREE →**

100% Money Back Guarantee

## Frequently Asked Questions

| | |
|---|---|
| Can I buy Rosabella Organic Beet Root Capsules in stores? | > |
| What ingredients are in Rosabella Organic Beet Root Capsules? | > |
| Is Rosabella Organic Beet Root safe to take with my current medications? | > |
| How should I store Rosabella Organic Beet Root Capsules? | > |
| What is Rosabella Beetroot intended for? | > |
| How should I use Rosabella Beetroot? | > |

Captured by FireShot Pro: 17 February 2026, 13:10:41
https://getfireshot.com

Page 3
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He
https://tryrosabella.com/products/rosabella-organic-beetroot-capsules-1300mg-for-blood-flow-heart-health?variant=46715104166143&country=US&currency=USD&utm_medium=product_sync&utm_source=google&utm_co...



| How often should I take the supplement? | > |
| How many servings are in each container? | > |
| Are there any age or health restrictions? | > |
| What if the supplement doesn't work for me? | > |

**TRY IT RISK FREE →**

100% Money Back Guarantee



**SUPPORT**

Search
Contact Us
Privacy Policy
Terms of Service
Refund Policy
Manage Subscription
Do Not Sell or Share My Personal Information

**SIGN UP AND SAVE**

Subscribe to get special offers, free giveaways,
and once-in-a-lifetime deals.

Email →

♡ Follow on shop

Country/region

United States | USD $ ˅

© 2026, Rosabella

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to
diagnose, treat, cure, or prevent any disease. The views and nutritional advice expressed by Lennid Supplements are
not intended for the purpose of providing medical advice. Please always consult your health care provider if you are
taking any medications or have any medical conditions. Individual results may vary.

Page 1
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He
https://tryrosabella.com/products/rosabella-organic-beetroot-capsules-1300mg-for-blood-flow-heart-health?variant=46715104166143&country=US&currency=USD&utm_medium=product_sync&utm_source=google&utm_co...

**90-DAY 100% MONEYBACK GUARANTEE**

😊 **Rosabella**        Shop Rosabella    Manage Subscription    FAQ



★★★★☆ (4,061)

## Rosabella Beetroot Capsules

*"I've only started useing this product less than a week, honestly it has given me more energy and I feel more alert. Before taking this product I noticed I was feeling tired and not motivated at all, so I have to give it a great rating 5 stars, I reccomend it" – Isaac N., United States*

~~$79.90~~ **$71.91**  **SAVE 9%**

CHOOSE YOUR PACK

○ **30-Day Supply** Save $3.99    **$35.96**
  *1 Bottle*                      ~~$39.95~~

**MOST POPULAR**
◉ **60-Day Supply** Save $7.99    **$71.91**
  *2 Bottles*                     ~~$79.90~~
  Includes **FREE** Shipping

**BEST DEAL**
○ **90-Day Supply** Save $11.98   **$107.86**
  *3 Bottles*                     ~~$119.85~~
  Includes **FREE** Shipping

☑ Save More with Automatic Refills!
  Zero commitment, Cancel Anytime

Value: $79.90        You pay: $71.91      **Save $7.99**

**ADD TO CART**

DESCRIPTION                     >

INGREDIENTS                     >

SHIPPING AND GUARANTEE          >

Free Shipping On Orders    Fast 3-5 Day US    100% Moneyback
$50+                       Delivery           Guarantee

## Why Choose Beetroot Supplements?



- ✔ Boosts Circulation and Heart Health
- ✔ Enhances Energy and Stamina
- ✔ Supports Cognitive Function
- ✔ Reduces Inflammation
- ✔ Aids Detoxification
- ✔ Provides Antioxidant Protection

**Pure Beet Power**

🌿 **Traditional Superfood Nutrition**
Beetroot has been valued for centuries as a nutritious whole food, naturally rich in various plant compounds and traditionally used in healthy diets worldwide.

🫐 **Convenient Daily Format**
Our easy-to-take capsules provide 1300mg of organic beetroot powder per serving, eliminating the need for messy powders or time-consuming juicing.

🌱 **Pure, Organic Ingredients**
Made with organically grown beetroot, free from artificial additives, fillers, and synthetic ingredients. Third-party tested for purity and quality.

🏃 **Popular with Active People**
Many fitness enthusiasts and health-conscious individuals choose beetroot supplements as part of their daily nutrition routine.

💊 **Quality You Can Trust**
Manufactured in certified facilities following strict quality standards, with each batch tested to ensure consistency and purity.

⭐ **Simple Addition to Your Routine**
Fits seamlessly into any wellness regimen, whether you're focused on general health, active lifestyle support, or simply adding more plant nutrition to your diet.

Captured by FireShot Pro: 17 February 2026, 13:10:57
https://getfireshot.com

Page 2
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He
https://tryrosabella.com/products/rosabella-organic-beetroot-capsules-1300mg-for-blood-flow-heart-health?variant=46715104166143&country=US&currency=USD&utm_medium=product_sync&utm_source=google&utm_co...

## ORGANIC BEETROOT FOR DAILY WELLNESS

High-quality organic beetroot powder in convenient capsule form. A natural way to add this traditional superfood to your daily nutrition.



### WHY CHOOSE ROSABELLA BEETROOT?

When choosing a beetroot supplement, there are many options available on the market. At Rosabella, we believe in transparency and quality above all else. That's why we've dedicated ourselves to creating a beetroot supplement that focuses on purity, potency, and ethical sourcing. Our commitment goes beyond just providing beetroot powder - we ensure every step of our process meets the highest standards.

**Rosabella Organic Beet Root**

✓ 1300mg pure organic beetroot per serving

✓ Naturally occurring nitrates from whole beetroot

✓ Third-party lab tested for purity

✓ Free from allergens and gluten

✓ GMP-certified manufacturing

✓ Naturally occurring nitrates for optimal absorption

**Other Supplements**

✗ Lower potency or synthetic ingredients

✗ Artificial additives and fillers

✗ Questionable sourcing and quality

✗ May contain allergens or contaminants

✗ Often more expensive with less transparency

**TRY IT RISK FREE →**

100% Money Back Guarantee



### Try It for 90 Days, Risk-Free! If You're Not Satisfied, You Don't Pay

Think of it as a 90-day trial. You have 3 months to try Rosabella Organic Beet Root Capsules and decide if you're happy with the quality and experience. If you're not completely satisfied for ANY reason, you are not happy with your purchase, or you feel like there are better options out there - just give us a call or send us an email, and you'll get your money back that same day, no questions asked. It doesn't matter if it's 89 minutes or 89 days after the purchase, we will make sure that you only pay if you are 100% satisfied with the product. And the best part? Our team is so easy to access. You can email us at help@tryrosabella.com. Our customer service team will respond within minutes - 24/7. No matter when you email them, they're available to help. Fair enough? Give Rosabella Organic Beet Root Capsules a try today, completely risk-free!

**TRY IT RISK FREE →**

100% Money Back Guarantee

## Frequently Asked Questions

| | |
|---|---|
| Can I buy Rosabella Organic Beet Root Capsules in stores? | › |
| What ingredients are in Rosabella Organic Beet Root Capsules? | › |
| Is Rosabella Organic Beet Root safe to take with my current medications? | › |
| How should I store Rosabella Organic Beet Root Capsules? | › |
| What is Rosabella Beetroot intended for? | › |
| How should I use Rosabella Beetroot? | › |

Captured by FireShot Pro: 17 February 2026, 13:10:57
https://getfireshot.com

| How often should I take the supplement? | › |
| How many servings are in each container? | › |
| Are there any age or health restrictions? | › |
| What if the supplement doesn't work for me? | › |

**TRY IT RISK FREE →**

100% Money Back Guarantee

**SUPPORT**

Search
Contact Us
Privacy Policy
Terms of Service
Refund Policy
Manage Subscription
Do Not Sell or Share My Personal Information

**SIGN UP AND SAVE**

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Email                                    →        ♡ Follow on shop

Country/region

United States | USD $  ⌄

© 2026, Rosabella

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. The views and nutritional advice expressed by Liminal Supplements are not intended for the purpose of providing medical advice. Please always consult your health care provider if you are taking any medications or have any medical conditions. Individual results may vary.