# EXHIBIT H

Page 1
Alot of brands cut corners #beetroot #men #bloodflow | TikTok
https://www.tiktok.com/@badobadi86/video/7576738834860346679



Captured by FireShot Pro: 17 February 2026, 13:15:24
https://getfireshot.com

Page 1
Best brand that actually works #cybermonday #blackfriday #beetroot #me... | TikTok
https://www.tiktok.com/@badobadi86/video/7576740686167412023



Captured by FireShot Pro: 17 February 2026, 13:16:09
https://getfireshot.com