# EXHIBIT K

Page 1
True Wellness ☥ (@poormaninla)'s videos with original sound - True Wellness ☥ | TikTok
https://www.tiktok.com/@poormaninla/video/7515833800966917419



Captured by FireShot Pro: 17 February 2026, 13:21:50
https://getfireshot.com



Captured by FireShot Pro: 17 February 2026, 13:22:12
https://getfireshot.com