# EXHIBIT L

Page 1
#over30 #over40 #holistichealth ————- Rosabella Organic Beetroot Caps... | TikTok
https://www.tiktok.com/@holistic.love/video/7519220275234311455



Captured by FireShot Pro: 17 February 2026, 13:23:00
https://getfireshot.com