# EXHIBIT M

Page 1
Rosabella Organic Beetroot Capsules for Heart Health | TikTok
https://www.tiktok.com/@thehealerdirect/video/7580492718514752798



Page 1
Rosabella Organic Beetroot Capsules for Heart Health | TikTok
https://www.tiktok.com/@thehealerdirect/video/7580492718514752798



Page 1
Rosabella Organic Beetroot Capsules for Heart Health | TikTok
https://www.tiktok.com/@thehealerdirect/video/7580492718514752798



Captured by FireShot Pro: 17 February 2026, 13:24:55
https://getfireshot.com

Page 1
Rosabella Organic Beetroot Capsules for Heart Health | TikTok
https://www.tiktok.com/@thehealerdirect/video/7580492718514752798

