# EXHIBIT N

Page 1
Beetroot Benefits for Men Over 40: Improve Your Health | TikTok
https://www.tiktok.com/@healthyteach888/video/7579761196971183374

