# EXHIBIT O

Page 1
Taylor | SAHM of 3 (@trinibof8dl)'s videos with original sound - Taylor | SAHM of 3 | TikTok
https://www.tiktok.com/@trinibof8dl/video/7532220972225662221



Captured by FireShot Pro: 17 February 2026, 13:35:02
https://getfireshot.com