# EXHIBIT P

Page 1
I'm grateful I found this year #over40 #tiktokshopblackfriday | TikTok
https://www.tiktok.com/@stella.ryan2/video/7577204697325407502



Page 1
I'm grateful I found this year #over40 #tiktokshopblackfriday | TikTok
https://www.tiktok.com/@stella.ryan2/video/7577204697325407502

