# EXHIBIT Q



Captured by FireShot Pro: 17 February 2026, 13:38:46
https://getfireshot.com

Page 1
Rosabella Organic Beetroot Capsules (1300mg) for Blood Flow & Heart He... | TikTok
https://www.tiktok.com/@sydneyswellness/video/7583201387257924878



Captured by FireShot Pro: 17 February 2026, 13:39:36
https://getfireshot.com