# EXHIBIT R

04 06 2026 16 24 14
Rosabella UGC Creators | Whop
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

 Rosabella UGC Creators



# Rosabella

We paid out over ~$400,000 last month to creators

0:01 / 2:07

| ⊘ Free | 🦞 By Luca Washenko |

## Make money promoting Rosabella products

Learn how to best earn an income making videos for Rosabella



Rosabella UGC Creators

**Join waitlist**

Powered by Whop

Captured by FireShot Pro: 04 June 2026, 16:24:14
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

04 06 2026 16 26 20
**Rosabella UGC Creators | Whop**
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

 Rosabella UGC Creators



Rosabella made him a millionaire:



○ Free          🔥 By Luca Washenko

**Rosabella UGC Creators**

Join waitlist

▼ Powered by Whop

## Make money promoting Rosabella products

Learn how to best earn an income making videos for Rosabella

04 06 2026 16 27 21
Rosabella UGC Creators | Whop
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

‹    **Rosabella UGC Creators**

Creators getting tons of views consistently:





▶ 0:49 / 2:07

| 🛡 Free | 🐞 By Luca Washenko |

### Make money promoting Rosabella products

Learn how to best earn an income making videos for Rosabella

**Rosabella UGC Creators**

**Join waitlist**

🔺 Powered by Whop

Captured by FireShot Pro: 04 June 2026, 16:27:21
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

04 06 2026 16 28 21
Rosabella UGC Creators | Whop
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

 Rosabella UGC Creators



Rosabella UGC Creators

**Join waitlist**

Powered by Whop

Free | By Luca Washenko

## Make money promoting Rosabella products

Learn how to best earn an income making videos for Rosabella

Captured by FireShot Pro: 04 June 2026, 16:28:21
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

04 06 2026 16 30 04
**Rosabella UGC Creators | Whop**
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

<        **Rosabella UGC Creators**



$65,000 profit in one month from a creator:



▶  1:20 / 2:07

| 🛡 Free | 🦞 By Luca Washenko |

**Rosabella UGC Creators**

[ Join waitlist ]

💗 Powered by Whop

## Make money promoting Rosabella products

Learn how to best earn an income making videos for Rosabella

Captured by FireShot Pro: 04 June 2026, 16:30:04
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

04 06 2026 16 30 52
Rosabella UGC Creators | Whop
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

 ‹  Rosabella UGC Creators

$89k payout + a $100,000 bonus:




▶  1:33 / 2:07

🛡 Free          🦊 By Luca Washenko

**Rosabella UGC Creators**

[ Join waitlist ]

◤ Powered by Whop

## Make money promoting Rosabella products

Learn how to best earn an income making videos for Rosabella

Captured by FireShot Pro: 04 June 2026, 16:30:52
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

04 06 2026 16 31 30
Rosabella UGC Creators | Whop
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

 **Rosabella UGC Creators**

Our creators get roughly 40-65M+ views per month:



**Rosabella UGC Creators**

Join waitlist

 Powered by Whop

Free | By Luca Washenko

## Make money promoting Rosabella products

Learn how to best earn an income making videos for Rosabella

Captured by FireShot Pro: 04 June 2026, 16:31:30
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

04 06 2026 16 32 09
Rosabella UGC Creators | Whop
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1

 **Rosabella UGC Creators**



If you like money, Rosabella is the brand for you

1:56 / 2:07

Free | By Luca Washenko

**Rosabella UGC Creators**

Join waitlist

Powered by Whop

## Make money promoting Rosabella products

Learn how to best earn an income making videos for Rosabella

Captured by FireShot Pro: 04 June 2026, 16:32:09
https://whop.com/rosabella-ugc-creators/rosabella-ugc-creators/?utm_source=store_page&funnelId=product_7bf94d59-a5c2-4d3c-bdcf-e4e37566abc1