IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HUMAN POWER OF N COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:26-cv-00374- |
| | § | ADA-ML |
| v. | § | |
| | § | |
| AMBROSIA BRANDS, LLC, | § | |
| | § | |
| Defendant. | § | |

**AGREED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR, IN THE
ALTERNATIVE, FOR MORE DEFINITE STATEMENT**

Plaintiff Human Power of N Company moves for a 14-day extension of time to respond to the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, for More Definite Statement (ECF No. 16).

Plaintiff and Defendant are in the midst of settlement discussions and Plaintiff thereby requests this extension of time to respond. Counsel have conferred, and Defendant does not oppose the motion.

2

Dated: July 6, 2026                    Respectfully submitted,


/s/ Stephen P. Meleen
Stephen P. Meleen
Texas Bar No. 00795776
Daniel S. Martens
Texas Bar No. 24116722
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
smeleen@pirkeybarber.com
dmartens@pirkeybarber.com


*Attorneys for Plaintiff Human Power of N Company*

## CERTIFICATE OF SERVICE

I certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have appeared in this case.  A courtesy copy of this document has been sent by email to Defendant's counsel at:

Ryan A. Botkin
ryan@bccaustin.com
Kayna Stavast Levy
kayna@bccaustin.com
**BOTKIN CHIARELLO CALAF PLLC**
1209 Nueces Street
Austin, Texas 78701


George Spatz
gspatz@awglaw.com
**AMIN WASSERMAN GURNANI LLP**
230 W. Monroe Street, Suite 1405
Chicago, IL 60606

*/s/ Stephen P. Meleen*

3