IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HUMAN POWER OF N COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:26-cv-00374- |
| | § | ADA-ML |
| v. | § | |
| | § | |
| AMBROSIA BRANDS, LLC, | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] <u>ORDER GRANTING AGREED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

Upon consideration of the Agreed Motion to Extend Time to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, it is hereby ORDERED that the Motion is GRANTED.  Plaintiff Human Power of N Company's deadline to file their response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is extended from July 6, 2026 to July 20, 2026.

IT IS SO ORDERED.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE